UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re<br><br>**Steve K Carrethers, aka Steve Kent Carrethers, aka Stephen Kent Carrethers,**<br>      Debtor. | Case No. 17-14938<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Jonathon B. Burford, of Kozeny & McCubbin, LC, Attorneys at Law, and hereby enters his appearance on behalf of the movant, LSF8 Master Participation Trust, in the above styled cause of action and requests notice of all filings.

Respectfully submitted,
Creditor, LSF8 Master Participation Trust

/s/Jonathon B. Burford
Jonathon B. Burford, #59337
Miles Taylor, #32673
Attorneys for Creditor
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
wdok@km-law.com

The undersigned certifies that on the 21st day of December, 2017, a true and correct copy of the above and foregoing pleading was filed and served electronically via CM/ECF upon the following parties:

Chris Mudd
Attorney for Debtor
3904 NW 23rd St.
Oklahoma City, OK 73107

*KM11703154KM*

John T. Hardeman
Trustee
PO Box 1948
Oklahoma City, OK 73101

Office of the US Trustee
U.S. Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102

A copy of the above and foregoing pleading was filed electronically via CM/ECF and served via U.S. First Class Mail on the 21st day of December, 2017 upon the following parties:

Steve K Carrethers
Debtor
2729 N W 33rd St
Oklahoma City, OK 73112

/s/Jonathon B. Burford
Jonathon B. Burford, #59337MO
Miles Taylor, #32673

*KM11703154KM*